UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MGG SPV DUCK LP<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BORGESE,<br><br>Defendant. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>Civil Case No. 5:24-cv-01546-GTS-TWD |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff MGG SPV Duck LP and their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Samuel Borgese.

Date: January 9, 2025

Respectfully submitted,

**GARDNER & ROSENBERG P.C.**

/s/Nicholas J. Rosenberg
Nicholas J. Rosenberg
Bar Roll No. 701440
One State Street, Fourth Floor
Boston, MA 02109
Tel: 617-390-7570
nick@gardnerrosenberg.com

*Attorneys for Plaintiff MGG SPV Duck LLP*